PEOPLE V MARK DAWSON, No. 149699; Court of Appeals No. 320166. By order of April 28, 2015, the application for leave to appeal the June 27, 2014 order of the Court of Appeals was held in abeyance pending the decision in *Montgomery v Louisiana,* cert gtd 575 US ___; 135 S Ct 1546; 191 L Ed 2d 635 (2015). On order of the Court, the case having been decided on January 25, 2016, 577 US ___; 136 S Ct 718; 193 L Ed 2d 599 (2016), the application is again considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we vacate the sentence of the Shiawassee Circuit Court on the defendant's first-degree murder conviction, and we remand this case to the trial court for resentencing pursuant to MCL 769.25 and MCL 769.25a. See *Montgomery, supra,* and *Miller v Alabama,* 567 US 460; 132 S Ct 2455; 183 L Ed 2d 407 (2012). We do not retain jurisdiction.

PEOPLE V JAMES WASHINGTON, No. 149791; Court of Appeals No. 319527. By order of April 28, 2015, the application for leave to appeal the June 3, 2014 order of the Court of Appeals was held in abeyance pending the decision in *Montgomery v Louisiana,* cert gtd 575 US ___; 135 S Ct 1546; 191 L Ed 2d 635 (2015). On order of the Court, the case having been decided on January 25, 2016, *Montgomery v Louisiana,* 577 US ___; 136 S Ct 718; 193 L Ed 2d 599 (2016), the application is again considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we vacate the sentence of the Saginaw Circuit Court on the defendant's first-degree murder conviction, and we remand this case to the trial court for resentencing on that conviction pursuant to MCL 769.25 and MCL 769.25a. See *Montgomery v Louisiana, supra; Miller v Alabama,* 567 US 460; 132 S Ct 2455; 183 L Ed 2d 407 (2012). We do not retain jurisdiction.